IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RACHEL R. VAN DYKE,

        Plaintiff,

v.

COMMISSIONER,
Social Security Administration,

        Defendant.

Civ. No. 3:15-cv-0690-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 27), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Defendant objected to the Findings and Recommendation and sought a remand for further administrative proceedings to determine the onset date. Their objection asserts that the underlying Social Security Administrative "record was not fully developed" and there are "outstanding issues to be resolved," (Def.'s Br., ECF No. 29) this despite two prior hearings and a detailed record comprising over 1630 pages with medical records beginning as far back as November 7, 2003 to include, for an example, a Comprehensive Mental Health Assessment, dated 8/18/2004. Tr. 852-854. Any remand for further proceeding would serve no useful purpose as the record is fully developed.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 27) is adopted in full.

IT IS SO ORDERED.

DATED this 28th day of September, 2016.

                                                                                 _____/s/ Michael J. McShane_____
                                                                                       Michael McShane
                                                                         United States District Judge