**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RACHEL R. VAN DYKE** | Civil No.: 3:15-cv-00690-TC |
| Plaintiff, | ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| vs. | |
| **COMMISSIONER,** Social Security Administration, | |
| Defendant. | |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, RACHEL R. VAN DYKE, on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $7586.04.

The parties agree that if it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Karen Stolzberg, and mailed to her office at:

    11830 SW Kerr Parkway, #315
    Lake Oswego, OR  97035

ORDER RE:  EAJA FEES
PAGE 1

Otherwise, the check will be made payable to Plaintiff and mailed to Plaintiff's attorney at the address above.

DATED 1/12/17

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Presented by:

s/ KAREN STOLZBERG
Attorney for Plaintiff

ORDER RE: EAJA FEES
PAGE 2